AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

**Any and All funds or other things of value, including stocks,** that are contained in Charles Schwab Investment Account Number _____ held in the name of Deborah Jean Palfrey

CASE NUMBER 06 - 424 - M - 01

TO: _SA Troy A. Burrus_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Troy A. Burrus_ who has reason to believe that within the jurisdiction of this Court there is now certain property which is subject to forfeiture to the United States, namely any and all funds or other things of value, including stocks, that are contained in Charles Schwab Investment Account Number _____ held in the name of Deborah Jean Palfrey.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize, if necessary by freezing the account so that no funds may be withdrawn, debited, removed, or reduced in any fashion by any person, within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 2 9 2006

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D. C.

_John M. Facciola_ (signature)

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 29 Sep 06 | 3 OCT 06  12:35P | |
| INVENTORY MADE IN THE PRESENCE OF |||

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

**FILED**

OCT 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*   10/6/06
U.S. Judge or U.S. Magistrate Judge   Date